Donald L. BENGE; Michael Benge; Robert Anderes; Roxan Anderes, Plaintiffs—Appellants,

v.

WESTERN COATING, INC., an Oregon corporation; ABC Coating Company, Incorporated of Colorado, Defendants—Appellees.

No. 04–35141

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Aug. 4, 2005.

Decided Aug. 18, 2005.

Paul J. Dayton, Esq., Short Cressman & Burgess, PLLC, Seattle, WA, Scott L. Jensen, Esq., Brownstein, Rask, Sweeney, Kerr, Grim, DeSylvia & Hay, LLP, Portland, OR, for Plaintiffs-Appellants.

K. Patrick Neill, Esq., Hershner, Hunter, Moulton, Andrews, Eugene, OR, Barnes H. Ellis, Esq., James N. Westwood, Esq., Beverly C. Pearman, Esq., Stoel Rives, LLP, Portland, OR, for Defendants-Appellees.

Before: THOMPSON, T.G. NELSON, and WARDLAW, Circuit Judges.

ORDER *

The judgment of the district court is AFFIRMED for the reasons set forth in its order filed on December 18, 2003.

IT IS SO ORDERED.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.